IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24 - |
| v. | : | DATE FILED: |
| YULIA USHAKOVA | : | VIOLATION:<br>18 U.S.C.§ 912 (Impersonation of an |
| | : | Officer or Employee of the United States) |

**I N F O R M A T I O N**

<u>COUNT ONE</u>

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about July 27, 2023, in the Eastern District of Pennsylvania, defendant

**YULIA USHAKOVA**

falsely assumed and pretended to be an officer or employee acting under the authority of the United States or any department, agency, or officer thereof, and acted as such, to wit, defendant USHAKOVA falsely assumed and pretended in correspondence to be J.L, a supervisory attorney with the Criminal Division of the United States Department of Justice ("DOJ'"), and falsely threatened litigation by DOJ against another individual.

In violation of Title 18, United States Code, Section 912.

_____
JACQUELINE C. ROMERO
UNITED STATES ATTORNEY

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

YULIA USHAKOVA

INFORMATION

Counts
18 U.S.C.§ 912 (Impersonation of an Officer or Employee of the United States) – 1 count

A true bill.

_____
Foreperson

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Foreperson

Bail, $_____